JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 485 -- In re Electric Golf Carts Antitrust and Antidumping Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/09/28 | 1 | MOTION, BRIEF, SCHEDULE -- Outboard Marine Corp. w/cert. of svc. for transfer.    (ds)<br>SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF DELAWARE<br>SUGGESTED TRANSFEREE JUDGE:    (ds) |
| 81/10/08 |  | APPEARANCES -- Donald A. Lofty, Esquire for plaintiff Outboard Marine Corp.    (ds) |
| 81/10/13 |  | APPEARANCE -- Thomas G. Buford for Boylan Leasing Inc. (rew) |
| 81/11/06 |  | HEARING ORDER -- Setting Motion of plaintiff Outboard Marine Corp. for transfer of actions to D. Delaware -- West Palm Beach, Florida on December 8, 1981  (cds) |
| 81/12/02 |  | WAIVER OF ORAL ARGUMENT for hearing held on 12/8/81 in West Palm Beach, Florida -- Henry W. Sawyer, III, Esq. for Prezetel and Melex USA, Inc.    (eaf) |
| 81/12/04 |  | HEARING APPEARANCES -- David J. Armstron, Esq. for Outboard Marine Corp.    (ds) |
| 81/12/04 | 2 | MOTION TO WITHDRAW MOTION TO TRANSFER -- Outboard Marine Corp. -- w/cert. of service   (cds) |
| 81/12/04 |  | ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 485 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ELECTRIC GOLF CARTS ANTITRUST AND ANTIDUMPING LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 485 -- In re Electric Golf Carts Antitrust and Antidumping Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Outboard Marine Corp. v. Pezetel, et al. | D.Del. Schwartz | 77-51 | | | 1/6/82 | |
| A-2 | Outboard Marine Corp. v. Boylan Leasing Inc. | W.D.Mich. Enslen | K78-824-CA4 | | | | |
| A-3 | Outboard Marine Corp. v. Eddietron, Inc. | M.D.N.C. Ward | C-79-600-WS | | | 1/22/82 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 485 -- In re Electric Golf Carts Antitrust and Antidumping Litigation

OUTBOARD MARINE CORP. (A-1)(A-2)
Donald A. Lofty, Esquire
Patton, Boggs & Blow
2550 M Street, N.W.
Washington, D. C. 20037

PREZETEL
MELEX USA, INC. (No Appearance Rec'd)
Henry W. Sawyer, III, Esquire
Drinker, Biddle & Reath
1100 Philadelphia National Bank Bldg.
Broad and Chestnut Streets
Philadelphia, Pa. 19107

EDDIETRON, INC. (No Appearance Rec'd)
W. Warren Sparrow, Esquire
2525 Wachovia Building
Winston-Salem, North Carolina 27101

BOYLAN LEASING, INC.
Thomas G. Buford, Esquire
Howard & Howard
407 Kalamazoo, Building
Kalamazoo, Michigan 49007

FERN CLO GOLF CAR CO., INC. (No Appearance Rec'd)
John C. Butera, Esquire
Butera, Beausang, Moyer & Cohn
700 Valley Forge Plaza
King of Prussia, Pennsylvania 19406

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 485 -- In re Electric Golf Carts Antitrust and Antidumping Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Pezetel | A-1 |
| Melex USA, Inc. | A-1 |
| Fern CLO Golf Car Co., Inc. | A-1 |
| Ross Products, Inc. | A-1 |
| Eddietron, Inc. | A-1, A-3 |
| Boylan Leasing Inc. | A-1, A-2 |