JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC -4 1981   12/4/81

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 485

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ELECTRIC GOLF CARTS ANTITRUST & ANTIDUMPING LITIGATION

ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING

This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 to centralize the three actions listed on the attached Schedule A in the District of Delaware for coordinated or consolidated pretrial proceedings. Movant reports that counsel have reached written settlement in the two actions not originally filed in Delaware and movant expects to secure dismissal of both such actions within thirty days. Accordingly, movant now desires to withdraw its motion.

IT IS THEREFORE ORDERED THAT movant's request to withdraw its motion be granted and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the hearing order filed on November 6, 1981, as amended on November 12, 1981, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

_Andrew A. Caffrey_
Andrew A. Caffrey
Chairman

...
test

DOCKET NO. 485
Schedule A

District of Delaware
Outboard Marine Corporation v. Pezetel, et al.,
   Civil Action No. 77-51
   Western District of Michigan
Outboard Marine Corporation v. Boylan Leasing Inc.,
   Civil Action No. K78-824-CA4
   Middle District of North Carolina
Outboard Marine Corporation v. Eddietron, Inc.,
   Civil Action No. C-79-600-WS